UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SANTO ESCOLASTICO CUELLO,<br><br>Defendant. | Criminal No. 26-mj-7250-JCB |

ORDER ON DEFENDANT'S MOTION TO
AMEND CONDITIONS OF RELEASE
[Docket No. 19]

September 2, 2026

Boal, M.J.

Defendant Santo Escolastico Cuello moves this Court to modify his pretrial release conditions by permitting him to obtain documents from the Dominican Republic Consulate for the purpose of applying for a Massachusetts identification or driver's license. Docket No. 19 at 1. For the following reasons, I deny the motion.

Escolastico Cuello was charged in a complaint with making false statements relating to a health care program, in violation of 18 U.S.C. § 1035, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. Docket No. 4. The government alleged Escolastico Cuello assumed the identity of a United States citizen to obtain government benefits for over a decade, including MassHealth benefits and a Massachusetts driver's license. Docket No. 4-1 at ¶ 7. At Escolastico Cuello's initial appearance, the government moved for detention, stating that he posed a serious risk of flight. See Docket Nos. 9; 20 at 2. On June 23, 2026, after a detention hearing, this Court released Escolastico Cuello on conditions, including that he must use his true name, "surrender

any passport," and "not obtain a passport or other international travel document," among other conditions. Docket No. 16 at 2-3. However, on July 13, 2026, Escolastico Cuello filed the instant motion seeking permission to obtain identification documents from the Dominican Republic Consulate because the United States seized his passport and Foreign National Identification card at the time of his arrest. Docket No. 19 at 3.

This Court may "at any time" amend a defendant's release conditions to impose additional or different restrictions. 18 U.S.C. § 3142(c)(3). "[T]his authorization is based on the possibility that a changed situation or new information may warrant altered release conditions." S. Rep. No 98-225, at 16 (1983).

After considering the factors listed under § 3142(g) and Escolastico Cuello's motion, this Court declines to modify his pretrial release conditions. Indeed, this Court decided that the conditions of release imposed on Escolastico Cuello were the least restrictive means to reasonably assure his appearance in court. Escolastico Cuello has failed to establish changed circumstances or present new information that would justify modifying his existing conditions of release. His motion does not detail why obtaining a Massachusetts driver's license or state identification card is necessary, nor does it demonstrate how his current circumstances differ from those evaluated at his detention hearing. While defense counsel previously suggested at the detention hearing that Escolastico Cuello may require certain documentation to access healthcare services for his medical condition, the moving papers do not substantiate that need nor demonstrate that state identification is a prerequisite to receiving the required medical care. Escolastico Cuello's risk of flight is mitigated by the surrender of his passport and the preclusion from obtaining any other international travel documents. To remove those conditions, even temporarily, would increase the risk of flight.

For these reasons, Escolastico Cuello's motion to amend his conditions of release is denied.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE